No. 05–6598. SALAZAR-ARCHULETA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6599. STINE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6600. MEJIA-SOLANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6601. WIMBERLY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6605. LATTIMORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6609. HERRERA-SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6610. BRADSHAW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6612. BRAYE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6613. BARNAL-NAVA v. UNITED STATES; GONZALEZ-VILLANUEVA v. UNITED STATES; JUAREZ-MORENO v. UNITED STATES; MONTER-CARRILLO v. UNITED STATES; ORTEGA-HERNANDEZ v. UNITED STATES; and RAMOS-MORUA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6614. NORRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.